UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NICOLE R. GORDON,

        Plaintiff,

    v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No. 2:14-cv-1769
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth Preston Deavers

**OPINION AND ORDER**

    This matter is before the Court for consideration of the Magistrate January 27, 2016 Report and Recommendation ("R&R") (ECF No. 18). In that filing, the Magistrate Judge considered the administrative record (ECF No. 11), Plaintiff's statement of specific errors (ECF No. 12), the Commissioner of Social Security's ("Commissioner") response in opposition (ECF No. 15), and Plaintiff's reply memorandum (ECF No. 17). The Magistrate Judge recommended that the Court overrule Plaintiff's statement of specific errors and affirm the Commissioner's decision to deny benefits.

    The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the R&R within fourteen (14) days. (ECF No. 18, at PAGEID # 1130–31.) The R&R further advised the parties that the failure to object within fourteen days will "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at PAGEID # 1131 (citing *Pfahler v.*

*Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)).

The Court has reviewed the R&R.  Noting that no objections have been filed, and that the time for filing such objections has expired, the Court hereby **ADOPTS AND AFFIRMS** the R&R (ECF No. 18), **OVERRULES** Plaintiff's statement of specific errors, and **AFFIRMS** the Commissioner's decision.  The Clerk is **DIRECTED** to enter judgment accordingly and terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED**.

<u>**/s/ Gregory L. Frost**</u>
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**